IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE A. HARDIN, | No. CIV S-05-0381-WBS-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). Pending before the court is plaintiff's stipulated motion for an extension of time (Doc. 13), filed on December 20, 205.

On April 5, 2005, the court issued a scheduling order which required plaintiff to prosecute this action by either seeking voluntary remand or filing a dispositive motion within 45 days from the date of service of the administrative record by defendant.  The court's records reflect that the administrative record was served on November 7, 2005.  Plaintiff now seeks an extension of time to February 21, 2006, to file a dispositive motion.  Defendant does not oppose

1

the request. Good cause appearing therefor, the request will be granted. Plaintiff is warned that failure to comply with the court's scheduling order within the time provided in this order may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is granted; and

2. Plaintiff shall file a dispositive motion by February 21, 2006.

DATED: January 9, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2