IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE A. HARDIN, | No. CIV S-05-0381-WBS-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On August 23, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Neither party has filed objections to the findings and recommendations.

/ / /

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 23, 2006, are adopted in full;

2. Plaintiff's motion for summary judgment is granted;

3. The Commissioner's cross motion for summary judgment is denied;

4. This matter is remanded pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with the August 23, 2006, findings an recommendations; and

5. The Clerk of the Court is directed to enter judgment and close this file.

Dated:  September 19, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE