1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814-2322
4  Telephone:  (916) 554-2700
   Fax:  (916) 554-2900
5  NANCY M. LISEWSKI
   Special Assistant U.S. Attorney
6  333 Market Street, Suite 1500
   San Francisco, CA 94105
7  Telephone:  (916) 977-8943
   Fax:  (415) 744-0134
8  Attorneys for Defendant

9

10                 IN THE UNITED STATES DISTRICT COURT

11           FOR THE EASTERN DISTRICT OF CALIFORNIA

12  NICOLE A. HARDIN,

13        Plaintiff,                    CASE NO. **2:05-CV-00381-WBS-CMK**

14     v.                               STIPULATION AND [~~proposed~~]
                                        ORDER SETTLING ATTORNEY'S
15  JO ANNE B. BARNHART,                FEES PURSUANT TO THE EQUAL
    Commissioner of                     ACCESS TO JUSTICE ACT
16   Social Security,                   (EAJA)

17        Defendant.

18

19       It is stipulated by the parties through their undersigned

20  counsel, with the Court's approval, that counsel for Plaintiff be

21  awarded attorney's fees under the Equal Access to Justice Act (EAJA)

22  in the amount of FIVE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

23  ($5,500.00), for compensation for legal services rendered on

24  Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby

25  constituting a compromise settlement for all fees under the EAJA in

26  this action, but not constituting any admission of Defendant's

27

28
   HARDIN v. Barnhart
   EAJA Stip & Order
   2:05-cv-00381-WBS-CMK          **1**

liability under the EAJA in this action.

Payment of the amount specified above shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

/ / /

/ / /

/ / /

/ / /

HARDIN v. Barnhart
EAJA Stip & Order
2:05-cv-00381-WBS-CMK                    **2**

1

2   DATE: November 22, 2006          /s/ Ann M. Cerney (as authorized on
                                      November 22, 2006)
3                                     ANN M. CERNEY
                                      Attorney at Law
4
                                      Attorney for Plaintiff
5

6
    DATE: November 22, 2006          McGREGOR W. SCOTT
7                                     United States Attorney
                                      BOBBIE J. MONTOYA
8                                     Assistant U.S. Attorney

9
                                 By:  /s/ Bobbie J. Montoya for
10                                    NANCY M. LISEWSKI
                                      Special Assistant U.S. Attorney
11
                                      Attorneys for Defendant
12

13
    OF COUNSEL:
14  LUCILLE GONZALES MEIS
    CHIEF COUNSEL, REGION IX
15  UNITED STATES SOCIAL SECURITY ADMINISTRATION

16

17

18

19

20

21

22

23

24

25

26

27

28
    HARDIN v. Barnhart
    EAJA Stip & Order
    2:05-cv-00381-WBS-CMK            **3**

ORDER

Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $5,500.00, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED.

DATED:   November 27, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

HARDIN v. Barnhart
EAJA Stip & Order
2:05-cv-00381-WBS-CMK                **4**